William L. ECHOLS, Plaintiff–Appellant,

v.

ASCIONE, HEIDEMAN & McKAY; Justin D. Heideman, Defendants–Appellees.

No. 10–4118.

United States Court of Appeals, Tenth Circuit.

Oct. 26, 2010.

Before HARTZ, ANDERSON, and TYMKOVICH, Circuit Judges.

## ORDER

HARRIS L. HARTZ, Circuit Judge.

William L. Echols filed a complaint of attorney misconduct in the United States District Court for the District of Utah. The district court dismissed the complaint. Mr. Echols has filed a notice of appeal from that decision.

This court has held that "[a] private citizen does not have standing to initiate or maintain a disciplinary proceeding, or to appeal if a court declines to discipline an attorney." *In re Lynn*, 505 F.3d 1323, 1324 (10th Cir.2007). Because Mr. Echols lacks standing to challenge on appeal the dismissal of his attorney-misconduct complaint, this appeal is DISMISSED. The pending "Appellant's Application For Relief" is also DISMISSED.